# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO: 3:18-cr-375-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ADAM GALINDO, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Restitution (Doc. No. 27). Having considered the joint motion, it appearing that the parties as well as the victims have agreed and stipulated to the amount of restitution, and the Court having determined that such amount is both reasonable and fair restitution, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Restitution (Doc. No. 27) is **GRANTED**, and the Judgment entered in this matter is **AMENDED** to reflect restitution payable to the victim "Lily" in the amount of $3000, to the victim "Tara" in the amount of $1000, to the victim "Pia" in the amount of $3000, and to the victim in the Jenny series in the amount of $1000.

**IT IS FURTHER ORDERED**, having determined the amount of restitution owed to such victims, that Defendant shall make restitution, pursuant to 18 U.S.C. § 3663A, as directed, to the United States District Court Clerk. The victims' recovery is limited to the amount of their loss and Defendant's liability for restitution ceases if and when the victim receives full restitution. If Defendant is unable to pay such amount in full now, during the period of imprisonment, payments shall be made through the Federal Bureau of Prison's Inmate Financial Responsibility Program. Upon release from imprisonment any remaining balance shall be paid in monthly installments of

no less than $50 to commence within 60 days, until paid in full. Throughout the period of supervision the probation officer shall monitor Defendant's economic circumstances and shall report to the court, with recommendations as warranted, any material changes that affect the defendant's ability to pay any court ordered penalties.

The Clerk of Court shall prepare and submit to chambers an Amended Judgment reflecting the award of restitution.

Signed: September 23, 2019

Max O. Cogburn Jr
United States District Judge